# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-02598-MMM<br>12-BK-19102 SK | Date | June 3, 2012 |
|---|---|---|---|

| Title | *In re Debtor*: Joseph A. Kerr<br>Joseph A. Kerr vs 305 Rose Avenue, LLC |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     **Order To Show Cause Re Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8006 records.

Appellant is Ordered to Show Cause no later than <u>June 8, 2012</u>, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

**Designation of Record**
**Sate of Issues on Appeal**
**Notice Regarding the Ordering of Transcripts**